## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY G. WHITE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-2045 (RJL) |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER
July _____, 2013 [# 19]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's renewed Motion for Summary Judgment is

**GRANTED**, and judgment is entered for the defendant.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge